No. State 168. STATE, Respondent, v. FOSTVEDT, Appellant.

(Also reported in 217 N. W. 2d 97.)

APPEAL from an order of the circuit court for Barron county entered May 1, 1973: ALLEN KINNEY, Circuit Judge.

Criminal law. Arson. Evidence. Sufficiency.

The cause was submitted for the appellant on the brief of *Francis R. Parks* of Rice Lake, and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.
Order affirmed.